# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONIQUE ROBISON,

    Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-00195-RFB-NJK

**ORDER**

(Docket No. 24)

Pending before the Court is the parties' stipulation to grant leave for Plaintiff to amend her complaint. Docket No. 24. The parties also request, if leave is granted for Plaintiff to amend her complaint, that all remaining discovery deadlines be extended 60 days. *Id.* at 2. However, that request fails to comply with Local Rule 26-4.

Accordingly, the Court **GRANTS** in part the parties' stipulation to grant leave for Plaintiff to amend her complaint. Docket No. 24. Plaintiff must file and serve her amended complaint no later than February 14, 2020.

IT IS SO ORDERED.

Dated: February 3, 2020

                                                                         Nancy J. Koppe
                                                                         United States Magistrate Judge