# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MONIQUE ROBISON,

     Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,

     Defendant(s).

Case No.: 2:19-cv-00195-RFB-NJK

**ORDER**

On February 4, 2020, Plaintiff filed an amended complaint, adding Coca-Cola Company as a defendant.  Docket No. 26.  On February 10, 2020, the Court granted Plaintiff and Defendant Wal-Mart Stores, Inc.'s stipulation to extend discovery deadlines.  Docket No. 28.  At that time, Defendant Coca-Cola Company had not yet entered its appearance. *See* Docket.

On March 6, 2020, Defendant Coca-Cola Company filed a motion to dismiss.  Docket No. 32.  The Court orders that Defendant Coca-Cola company must comply with the deadlines set out in the current scheduling order.

IT IS SO ORDERED.

Dated: April 22, 2020

_____
Nancy J. Koppe
United States Magistrate Judge