# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MONIQUE ROBISON,

    Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-00195-RFB-NJK

**ORDER**

(Docket No. 43)

Pending before the Court is the parties' addendum to Docket No. 14 joint stipulated protective order and confidentiality agreement. Docket No. 43. The parties request that Defendant The Coca-Cola Company, a party added after the Court entered the protective order in this case, also be bound by the Court's orders at Docket Nos. 14 and 15. *See id.* at 1. The Court **GRANTS** the request. Docket No. 43.

    IT IS SO ORDERED.

    Dated: July 21, 2020

                                                          Nancy J. Koppe
United States Magistrate Judge